# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1044**

**TP 14-00362**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND DEJOSEPH, JJ.

---

IN THE MATTER OF ELIJAH BELL, PETITIONER,

V                                                                    ORDER

SOCIAL WORKER JOHNSON, SUPERINTENDENT SHEAHAN
AND HEARING OFFICER GIANNIN, RESPONDENTS.

---

ELIJAH BELL, PETITIONER PRO SE.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENTS.

---

Proceeding pursuant to CPLR article 78 (transferred to the
Appellate Division of the Supreme Court in the Fourth Judicial
Department by order of the Supreme Court, Seneca County [Dennis F.
Bender, A.J.], entered February 20, 2014) to review a determination of
respondents.  The determination found after a tier II hearing that
petitioner had violated various inmate rules.

It is hereby ORDERED that said proceeding is unanimously
dismissed without costs as moot (*see Matter of Free v Coombe*, 234 AD2d
996).

Entered:  November 14, 2014                      Frances E. Cafarell
                                                 Clerk of the Court